[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-10636

Non-Argument Calendar

_____

GLORIA ANN HAIGLER,

Plaintiff-Appellee,

*versus*

EDWARD FELIPE GONZALEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:24-cv-61831-RS

_____

Before JILL PRYOR, BRANCH, and KIDD, Circuit Judges.

PER CURIAM:

Edward Gonzalez, proceeding *pro se*, appeals from the district court's order remanding a foreclosure action to state court. Gloria Haigler filed a motion to dismiss this appeal for lack of jurisdiction.

We lack jurisdiction to review the district court's order because it remanded the case for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c), (d); *New v. Sports & Recreation*, 114 F.3d 1092, 1096 (11th Cir. 1997) ("Cases remanded for lack of jurisdiction are immune from review even if the district court's decision is clearly erroneous."). Further, in his notice of removal, Gonzalez did not invoke 28 U.S.C. §§ 1442 or 1443, by citation or otherwise. *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor of Balt.*, 593 U.S. 230, 238-39 (2021) (concluding that, because the defendants cited § 1442 in their notice of removal, the whole of the district court's remand order was reviewable on appeal).

Accordingly, Haigler's motion is GRANTED, and this appeal is DISMISSED. All other pending motions are DENIED as moot.